UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH R. SNOW REVOCABLE
TRUST,

        Plaintiff,

        Case No. 1:11-cv-492

v.

        HONORABLE PAUL L. MALONEY

AMERICAN GENERAL
ASSURANCE and MINNESOTA
LIFE INSURANCE COMPANY,

        Defendants.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendants American General Assurance and Minnesota Life Insurance Company have not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendants American General Assurance and Minnesota Life Insurance Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 23, 2011

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge